74,479-02  12-28-14

Abel Acosta, Clerk

JAN 05 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN

Re: Copies

MR ACOSTA:

SEND TO ME A COPY OF THE WRIT, WR:-74,479-02'. CONDITIONAL ACCEPTANCE FOR VALUE: AND A COPY OF STATUS REQUEST NOTICE: WHICH WAS DEEMED MOTION TO LEAVE WRIT OF MANDAMUS'. YOUR ATTENTION TO THIS MATTER IS APPRECIATED'. THIS IS A SECURED TRANSACTION'.

THANK YOU'.
IN THE MATTER OF BUSINESS:

IN BEHALF OF
ALLEN JAMES FRANZER©
SECURE PARTY CREDITOR
PRE-PAID ACCOUNT